IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICARDO ANGEL LOVELESS,

        Petitioner,

v.

STATE OF OREGON,

        Respondent.

Civ. No. 6:17-cv-00176-MK

ORDER

MCSHANE, Judge:

        Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 57), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 57) is adopted in full. The petition is DENIED and this action is DISMISSED, with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, petitioner is not entitled to a certificate of appealability.

IT IS SO ORDERED.

DATED this 20th day of July, 2019.

       /s/ Michael J. McShane       
Michael McShane
United States District Judge